# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELVIA SOLORZANO-ROBINSON
INDIVIDUALLY AND ON BEHALF
OF JASMINE ROBINSON

NO.    2025 CW 0469

VERSUS

PV HOLDING CORP., BUDGET
RENT A CAR SYSTEM, INC.,
AVIS BUDGET CAR RENTAL, LLC,
ALBERT DICKEY, AND
PROGRESSIVE SECURITY
INSURANCE COMPANY

JUNE 09, 2025

---

In Re:    Albert Dickey, PV Holding Corp., Avis Budget Car Rental,
LLC, Budget Rent-A-Car System, Inc., Chubb Group of
Insurance Companies and ACE Property and Casualty
Insurance Company, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
721403.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED.

HG
TPS

McClendon, C.J., concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396
So.2d 878 (La. 1981)(*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT